IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER UMBENHOWER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ARNOLD SCHWARZENNEGER, et al.,<br><br>　　　　Respondent. | No. C 10-01198 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT |

On March 23, 2010, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of mandate. On the same day, the clerk of the court sent a notice to petitioner that a filing fee of $350.00 was now due or in the alternative, that petitioner must file an In Forma Pauperis Application. (Docket No. 2.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed.

On April 12, 2010, petitioner filed an in forma pauperis application which is deficient because petitioner failed to attached a Certificate of Funds in Prisoner's Account completed and signed by a prison official. (Docket No. 3.) Furthermore, petitioner also failed to attach a copy of his trust account statement showing transactions for the last six months. (Id.) In the interest of justice, the Court will

Order Granting Ext. of Time
P:\PRO-SE\SJ.JW\HC.10\Umbenhower01198_ifp-ext.wpd

1  extend the time for petitioner to file the necessary documents to complete his <u>in</u>
2  <u>forma</u> <u>pauperis</u> application.  Petitioner must file the documents **within thirty (30)**
3  **days** from the date this order is filed.  In the alternative, petitioner may file the
4  $350.00 filing fee.

5  **<u>FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE</u>**
6  **<u>WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS</u>**
7  **<u>ACTION WITHOUT FURTHER NOTICE TO PETITIONER.</u>**

8  The clerk shall enclose two blank copies of the court's Certificate of Funds
9  <u>in Prisoner's Account</u> with a copy of this order to petitioner

11  DATED: June 15, 2010
     JAMES WARE
12   United States District Judge

Order Granting Ext. of Time
P:\PRO-SE\SJ.JW\HC.10\Umbenhower01198_ifp-ext.wpd       2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELMER E UMBENHOWER,

        Petitioner,

  v.

ARNOLD SCHWARZENEGGER, et al.,

        Respondents.

                           /

Case Number: CV10-01198 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/17/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elmer Umbenhower G 48669
Deuel Vocational Institution (DVI)
P. O. Box 600
Tracy, Ca 95376

Dated: 6/17/2010

                                Richard W. Wieking, Clerk
                         /s/ By: Elizabeth Garcia, Deputy Clerk